427 A.2d 1196

Commonwealth v. Zelinski, Appellant.

Submitted September 13, 1979. James P. Gregor, Public Defender, for appellant; James F. Marsh, District Attorney, for Commonwealth, appellee.

* Judge Donald E. Wieand is sitting by special designation.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Appellant makes the same constitutional arguments against the minimum sentencing procedure as those recently rejected by this court in *Commonwealth v. Kempka*, —— Pa.Super. ——, 415 A.2d 1226 (1980).

Affirmed.